should have been stricken out, because they were incurred by the neglect of the defendant in not causing the bail first put in to justify, and for his own benefit. 2. The defendant's attorney is not entitled to a separate charge in each suit for the services embraced in this item. The settled practice is against the allowance. Jackson v. Keller, 18 Johns. 310; Schermerhorn v. Noble, 1 Denio, 682. 3. This item is taxable in each suit. Rule 27, Cir. Ct. U. S. 4. It is urged that this item is distinguishable from the second, because there was a separate rule in each suit. But the principle is the same, and has been so held since the case of Jackson v. Clark, 4 Cow. 532. There can be but one charge for the service, as respects attorney's fees. 5. The demurrer books, and brief and points, are taxable in each case, if they were actually made out in each at the time of the argument. The fact must be shown to the taxing officer, if objection be made to the charge. Attorney and counsel fees on argument are taxable in each case.

## Case No. 4,748.

### In re FERRIS et al.

[6 Ben. 473.][1]

District Court, S. D. New York. April Term, 1873.

BLATCHFORD, District Judge. The marshal's return is defective in the particulars stated by the register, and must be amended.

## Case No. 4,749.

### FERRIS et al. v. WILLIAMS.

[1 Cranch, C. C. 281.][1]

Circuit Court, District of Columbia. Dec. Term, 1805.

[1] [Reported by Robert D. Benedict, Esq., and here reprinted by permission.]

[1] [Reported by Hon. William Cranch, Chief Judge.]

KILTY, Chief Judge, absent.

## Case No. 4,750.

FERRIS et al. v. WILLIAMS.

[1 Cranch, C. C. 475.][1]

Circuit Court, District of Columbia. Dec. Term, 1807.

Mr. Law, for defendant,

Mr. Morsell, for plaintiffs,

Judgment for the plaintiffs upon the demurrers.

[1] [Reported by Hon. William Cranch, Chief Judge.]

## Case No. 4,751.

FERSON v. SANGER et al.

[2 Ware (Dav. 252) 256; [1] 5 N. Y. Leg. Obs. 43.]

Circuit Court, D. Maine. Oct. Term, 1845.

[1] [Reported by Edward H. Daveis, Esq.]